IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :     **CRIMINAL NO. 15-0021-1** |
| | : |
| **WILLIAM J. O'BRIEN III** | : |
| *Pro se* | : |

# ORDER

**AND NOW**, this 17th day of February 2016, upon consideration of Defendant's motion (subsection II) for dismissal due to outrageous government conduct, [Doc. 279], it is **ORDERED** that the Defendant's motion to dismiss is hereby **DENIED**.[1]

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO
*Judge, United States District Court*

---

[1] Defendant, acting *pro se*, argues that the Government, through its agents acting under color of law, has violated his rights to due process and to be free from: unreasonable search and seizure, warrantless search and seizures, search and seizures without probable cause, intentional infliction of great emotional distress, negligence in the performance of government duties, and summary punishment without trial. Defendant moves to dismiss the charges against him. Most of these contentions have been addressed by this Court's previous rulings and need not be re-addressed here. Those arguments that have not been previously raised or considered, such as Defendant's claims of intentional infliction of great emotional distress and negligence in the performance of government duties, are not viable defenses in a criminal matter, and as such, will be denied.