IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 15-0021-1 |
| | : | |
| WILLIAM J. O'BRIEN, III, *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 23rd day of May 2016, upon consideration of Defendant's motion *in limine* to *exclude expert witness*, Stephen Thomas, M.D., from hearing the testimony offered by other witnesses, (Doc. 389, motion XIII), the Government's response thereto, (Doc. 415), and the oral argument heard, it is hereby **ORDERED** that the motion is **DENIED**, as to Dr. Thomas and any other expert, and **GRANTED,** as to any non-expert witness.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO,**
*Judge, United States District Court*

Copies - Counsel
Defendant
Speedy Trial