IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

USA
v.                                      CRIMINAL ACTION
WILLIAM O'BRIEN                         No. 15-0021-1

Notice To Appear ORDER
DENYING 2nd Motion For Compassionate Release
DATED MARCH 26, 2025

William O'Brien #71915-066, acting pro se, now files this Notice to Appear the order of 3/26/25 DENYING his 2nd Compassionate Release.

That order was delivered to O'Brien, in FCI-Memphis, on April 7th 2025. This Notice to Appear is timely.

O'Brien asks that the Clerk Forward all necessary information and forms to O'Brien for the Appeal. Also that the Clerk NOTIFY the Third Circuit Court of Appeals

Thank You,

William O'Brien #71915-066               4/7/25
FCI-Memphis
P.O. Box 34550
Memphis, TN 38184

⇔71915-066⇔
William Obrien
PO BOX 34550
Fci-Memphis #71915-066
Memphis, TN 38184
United States

MEMPHIS TN 380

9 APR 2025   PM 4  L



RECEIVED
APR 1 4 2025

CLERK U.S. DIST. COURT
601 MARKET ST.
Phila., PA 19106-9865

19106-179699

